UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ODIS MANN BURNETT, | Case No. EDCV 15-1707-CAS (KKx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| UNITED STATES, et al., | |
| Defendant(s). | |

Pursuant to Title 28 of the United States Codes, section 636, the Court has reviewed Defendant's Motion for Evidentiary Sanctions pursuant to Federal Rule of Civil Procedure 37(c), the relevant records on file, the original Report and Recommendation of the United States Magistrate Judge, and the Final Report and Recommendation. The Court has engaged in de novo review of those portions of the Report to which Defendant has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion for Evidentiary Sanctions is DENIED without prejudice.

Dated: August 19, 2016

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge